**MCGLINCHEY STAFFORD**
Victor L. Matthews, Esq.
112 West 34th Street, Suite 1515
New York, NY 10120
Tel: 646-362-4040
Email: vmatthews@mcglinchey.com
*Attorneys for Comenity Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROBERT NEUWIRTH,<br><br>         Plaintiff<br><br>         -v-<br><br>COMENITY BANK,<br><br>         Defendant. | Civil Action No.:<br><br>17-cv-02229-MAS-LHG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice as to all claims, and each party shall bear its own attorney's fees and costs. **IT IS FURTHER STIPULATED AND AGREED** that electronic/facsimile/copies of signatures shall be deemed originals for the purposes herein.

Date: June 28, 2018

/s/ Edward B. Geller
Edward B. Geller, Esq., Of Counsel
M. Harvey Rephen & Associates P.C.
15 Landing Way
Bronx, NY 10464
Tel: 914-473-6783
Email: epbh@aol.com
*Attorneys for Plaintiff Robert Neuwirth*

Date: June 28, 2018

/s/ Victor L. Matthews
Victor L. Matthews, Esq.
McGlinchey Stafford
112 West 34th Street, Suite 1515
New York, NY 10120
Tel: 646-362-4040
Email: vmatthews@mcglinchey.com
*Attorneys for Defendant Comenity Bank*

So Ordered this 5th day of July, 2018

Hon. Michael Shipp, USDJ